CHARLES PERRY et al. v. SHAHMOON INDUSTRIES, INC., et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 12, 1958, with notice of argument for the September, 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

CHARLES PERRY et al. v. SHAHMOON INDUSTRIES, INC., et al.— Motion for stay granted on condition that the appellant procures the record on appeal

and appellant's points to be served and filed on or before August 12, 1958, with notice of argument for the September, 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.